## TARDY *v.* THE STATE.—In error.

*Friday,*      THIS was an indictment for perjury against *John G. Tardy;*
*June 10.*     and the affidavit on which the perjury was assigned is alleged
in the indictment to be signed by him. *Held,* that an affidavit
signed *Jonh Gariel Tardy* was not, in consequence of the va-
riance, admissible as evidence in support of the indictment.